## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 43 | **DATE** | 1/18/2008 |
| **CASE TITLE** | United States vs. Dorian Vaughns | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/18/08. Government's oral motion to unseal is granted. Defendant appears in response to arrest on 1/18/08. Defendant informed of his rights. Enter Order appointing Sergio Rodriguez as counsel for defendant for initial appearance only. Government seeks detention. Detention hearing and status hearing on preliminary examination hearing set for 1/23/08 at 1:30 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|