## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 43 | **DATE** | 1/23/2008 |
| **CASE TITLE** | United States vs. Dorian Vaughns | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/23/08 and continued to 1/30/08 at 1:30 p.m. Defendant to remain in custody until further order of the Court. Sergio Rodriguez is given leave to withdraw as counsel. E. Duke McNeil is given leave to file his appearance on behalf of defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|