# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Michael T. Mason | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 43 | **DATE** | 2/4/2008 |
| **CASE TITLE** | United States vs. Dorian Vaughns | | |

**DOCKET ENTRY TEXT**

Continued detention hearing held on 2/4/08. Government's oral motion for detention of defendant is granted. Defendant to remain in custody pending trial or until further order of the Court. Order of Detention to follow.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|