UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE MASON

FILED
J.N  FEB 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 43 |
| ) | |
| v.        ) | Violations: Title 21, United States |
| ) | Code, Section 841(a)(1) |
| DORIAN VAUGHNS ) | |

JUDGE RONALD GUZMAN

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about July 27, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

DORIAN VAUGHNS,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JUNE GRAND JURY further charges:

On or about August 4, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

DORIAN VAUGHNS,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY