UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 43 |
| v. ) | |
| ) | Magistrate Judge Michael T. Mason |
| DORIAN VAUGHNS ) | |

**PRETRIAL DETENTION ORDER**

Defendant Dorian Vaughns appeared before this Court on January 30, 2007, then on February 4, 2008, for a detention hearing. The government presented argument in support of its detention request. Defendant Vaughns presented argument as to why detention was inappropriate. Based upon the evidence presented in the Pretrial Service Report, and the arguments presented by both parties, the Court finds for purposes of the detention determinations that:

1. The nature and circumstances of the offense charged are that this is a serious federal criminal offense involving an alleged distribution of 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, in violation of 21 U.S.C. § 841(a)(1);

2. The weight of the evidence against the defendant is substantial; and

3. The history and characteristics of the defendant favor detention. Specifically,

    a. defendant has a significant criminal history, including prior convictions for aggravated arson in 1991 and manufacturing and delivering cocaine in 1998;

    b. defendant has at least one prior bond forfeiture; and

    c. defendant has no property to post as collateral on a proposed bond.

The Court concludes pursuant to 18 U.S.C. § 3142(f) that no condition or combination of conditions will reasonably assure Vaughns's appearance as required if he was released on bond.

This decision is based on: (a) the serious nature and circumstances of the offense charged; (b) the substantial weight of the evidence against the defendant; and (c) the history and characteristics of the defendant.

It is hereby ordered that defendant Dorian Vaughns remain committed to the custody of the Attorney General for confinement in a corrections facility until the resolution of this case or until further order of the Court. During the period of confinement, Vaughns shall be kept separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further ordered that Vaughns shall be afforded reasonable opportunity for private consultation with his counsel.

It is further ordered that on order of a United States Court or on request of an attorney for the government, the Warden of the Metropolitan Correctional Center shall deliver Vaughns to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

E N T E R:

_Michael T. Mason_
MICHAEL T. MASON, Magistrate Judge
United States District Court

Dated: Feb. 14, 08