UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.   08 CR 43 |
| v. | ) | |
| Darryl Moody | ) | Judge Ronald A. Guzman |
| | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that Assistant United States Attorney Tyler Murray is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorneys.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Stephen P. Baker
   Stephen P. Baker
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-1598

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Withdraw and Substitution of Counsel was served on counsel to the Defendant:

E. Duke McNeil
E. Duke McNeil & Associates
9328 S. Indiana
Chicago, IL 60619

                                          By: Stephen P. Baker
                                              STEPHEN P. BAKER
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-1598