## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 43 | **DATE** | 2/21/2008 |
| **CASE TITLE** | United States vs. Dorian Vaughns | | |

**DOCKET ENTRY TEXT**

Arraignment held on 2/21/08. Defendant informed of his rights. Defendant enters a plea of not guilty to the Indictment. 16.1(a) conference to be held by 2/28/08. Pretrial motions to be filed by 3/6/08. Responses to be filed by 3/13/08. Status hearing before Judge Guzman set for 3/18/08 at 10:30 a.m. Defendant to remain in custody as previously ordered. Time is excluded pursuant to 178:3161(h)(1)(F).  (X-E).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|