# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                     Case No.: 1:08−cr−00043

                                     Honorable Ronald A. Guzman

Dorian Vaughns

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

     MINUTE entry before the Honorable Ronald A. Guzmanas to Dorian Vaughns: Status hearing held on 7/2/2008. Jury Trial set for 5/11/2009 at 09:00 AM. Status hearing set for 10/30/2008 at 10:30 AM. In the interest of justice, Government's oral motion to exclude time is granted. Time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.